IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   CASE NO. 5:08-cr-04/RS-GRJ
                                              5:10-cv-12/RS-GRJ

JOSE ANGEL RIVAS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 60). No objections have been filed. Defendant has failed to provide the Court with a current address, and the Court has no means of communicating with Defendant.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Motion to Vacate (Doc. 49) is dismissed for failure to prosecute.

3. The clerk is directed to close the accompanying civil case.

**ORDERED** on February 2, 2012.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**